**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

Charles Moore, Appellant,

v.

South Carolina Department of Employment and Workforce, Respondent.

Appellate Case No. 2011-191026

Appeal from the Administrative Law Court
Carolyn C. Matthews, Administrative Law Judge

Unpublished Opinion No. 2013-UP-249
Submitted April 1, 2013 – Filed June 12, 2013

**AFFIRMED**

Charles Moore, of Myrtle Beach, pro se.

Eugene Belton McLeod, III, of the South Carolina Department of Employment and Workforce, of Columbia, for Respondent.

**PER CURIAM:**  Affirmed pursuant to Rule 220(b), SCACR, and the following authority:  *Brown v. S.C. Dep't of Health & Envtl. Control*, 348 S.C. 507, 519, 560

S.E.2d 410, 417 (2002) ("[I]ssues not raised to and ruled on by the [Administrative Law Court] are not preserved for appellate consideration.").
**AFFIRMED.**[1]

**SHORT, THOMAS, and PIEPER, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.